# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| KEVIN MARTIN,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK,<br><br>Defendant. | CV 25-1-GF-WWM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 33), and for good cause appearing,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 3rd day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE